UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BARSTAD,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | Case No. 26-cv-02883-RFL<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 19 |

Barstad filed this case in state court alleging a variety of disability discrimination claims against FedEx. (Dkt. No. 1.) Following removal, the Court set a case schedule requiring Barstad to file any amended pleadings by September 8, 2026. The Court's standing orders state that "[a]ll filing deadlines are at 5:00 p.m. (Pacific Time) unless otherwise ordered." Barstad filed the instant motion for leave to amend, with the amended complaint attached, at 10:14 p.m. on September 8, 2026. (Dkt. No. 19.) FedEx opposed, citing Barstad's delay in bringing his amended claims and disputing Barstad's various justifications for the delay. (Dkt. No. 20.)

The parties agree that, once the Court sets a schedule limiting the time for amendment, Rule 16's good cause standard for modifying the case schedule applies. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992). This standard "primarily considers the diligence of the party seeking the amendment." *Id.* at 609.

Barstad was sufficiently diligent in filing his amended complaint only a few hours after the deadline the Court set, especially because some of the amendments are informed by

discovery responses served that same day.[1] The parties are admonished that while it is important to follow the Court's standing orders, it is equally important to attempt to reasonably resolve scheduling disputes before bringing them to the Court. A delay of a few hours should not have been the subject of such extensive briefing. Because there is good cause to modify the case schedule and because leave to amend should otherwise be "freely granted" absent prejudice at this early stage of the case, Fed. R. Civ. P. 15(a)(2), the motion for leave to file a first amended complaint is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 30, 2026

RITA F. LIN
United States District Judge

[1] The Court does not address FedEx's other arguments about the futility of amendment, as the merits of the claims are best analyzed on a motion to dismiss.